UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G&G CLOSED-CIRCUIT EVENTS, LLC,

      Plaintiff,

v.

NAIM SAAD, et al.,

      Defendants.
_____/

Civil Action No.
24-CV-12214

HON. MARK A. GOLDSMITH

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

The Court will conduct a telephonic status conference in the above-captioned matter on Monday, April 28, 2025, at 4:30 p.m. Plaintiff's counsel shall initiate the call, and then include the Court by calling (313) 234-5240 when all parties are on the line.

Prior to the status conference, the parties shall meet and confer regarding the following items, which the Court will discuss during the call: (i) the timing and status of any settlement discussions, (ii) possible alternative dispute resolution (ADR), (iii) the identity of the proposed person(s) to preside at the ADR proceeding, and (iv) the date by which ADR will be completed. See E.D. Mich. LR 16.3-16.7 (effective February 1, 2015).

      SO ORDERED.

Dated: April 28, 2025
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge